UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GASTINEAU<br><br>    Plaintiff,<br><br>    v.<br><br>ESPN INC., ESPN FILMS, NFL PRODUCTIONS, LLC D/B/A NFL FILMS, NATIONAL FOOTBALL LEAGUE, JAMES WEINER, AND KEN RODGERS,<br><br>    Defendants. | Civil Action No. 1:25-CV-02041-PAE |

## RULE 7.1 DISCLOSURE STATEMENT OF NFL PRODUCTIONS, LLC D/B/A NFL FILMS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Defendant NFL Productions LLC D/B/A NFL Films certifies that Defendant NFL Productions LLC D/B/A NFL Films is a New Jersey limited liability company whose sole member is NFL Ventures, L.P., a Delaware limited partnership. No publicly held corporation owns 10% or more of its stock.

Dated: April 15, 2025

Respectfully submitted,

/s/ Timothy Chung

Alexander Kaplan
Jennifer Pariser
Timothy Chung
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
tchung@oandzlaw.com

*Attorneys for Defendants*