**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK GASTINEAU<br><br>Plaintiff,<br><br>v.<br><br>ESPN INC., ESPN FILMS, NFL PRODUCTIONS, LLC D/B/A NFL FILMS, NATIONAL FOOTBALL LEAGUE, JAMES WEINER, AND KEN RODGERS,<br><br>Defendants. | Civil Action No. 1:25-CV-02041-PAE<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6), and the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint and Declaration of Timothy Chung, ECF 18, and exhibits appended thereto, Defendants ESPN Inc., ESPN Films, NFL Productions LLC D/B/A NFL Films, National Football League, James Weiner, and Ken Rodgers (collectively, "Defendants") respectfully move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007 for an order dismissing with prejudice the Amended Complaint, ECF 30, and granting such other relief as the Court deems just and proper for failure to state a claim as to all Defendants and for lack of personal jurisdiction and insufficient service of process as to defendants James Weiner and Ken Rodgers.

Defendants respectfully request oral argument upon their motion at a time to be set by the Court.

Dated: July 3, 2025

/s/ Alexander Kaplan
Alexander Kaplan
Jennifer Pariser
Timothy Chung
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
tchung@oandzlaw.com

*Attorneys for Defendants*