**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 MARK GASTINEAU,

                       Plaintiff,

        -against-                                    25 **CIVIL** 2041 (PAE)

                                              **<u>JUDGMENT</u>**

ESPN INC., ESPN FILMS, NFL PRODUCTIONS,
LLC, d/b/a NFL FILMS, NATIONAL FOOTBALL
LEAGUE, JAMES WEINER, and KEN
RODGERS,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 16, 2026, the Court has granted defendants'

motion to dismiss the AC, in its entirety, for failure to state a claim under Rule 12(b)(6). The

dismissal is with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 16, 2026

                                      **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                **BY:**          K. mango
                                    _____
                                     **Deputy Clerk**