UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARK GASTINEAU,                                    Index No:
                                                   1:25-cv-02041

      Plaintiff,

-against-                                          **NOTICE OF APPEAL**

ESPN INC,
ESPN FILMS,
NFL PRODUCTIONS, LLC,
D/B/A NFL FILMS,
NATIONAL FOOTBALL LEAGUE,
JAMES WEINER, and KEN RODGERS,

      Defendants.
----------------------------------------------------------X

      PLEASE TAKE NOTICE that the plaintiff, MARK GASTINEAU, in the

above caption case hereby appeals to the United States Court of Appeals for the

Second Circuit from a judgment dated March 16, 2026 where the Court granted

defendants' motion to dismiss this case, in its entirety, for failure to state a claim

under Rule 12(b)(6).

Dated:     Huntington, New York
           April 1, 2026

                             Yours, etc.,
                             THE CASSAR LAW FIRM, P.C.
                             *Christopher J. Cassar, Esq.*
                             By: Christopher J. Cassar, Esq.
                             Attorneys for the Plaintiff
                             13 East Carver Street
                             Huntington, New York 11743

2

(631) 271-6596
cjcassar@cassarlaw.com
Cassar File No: 06620